UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN VINCENT FORD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>J. LEWIS, et al.,<br><br>　　　　Defendants. | No. 2:17-cv-0130 WBS AC P<br><br><br>ORDER |

By order filed June 26, 2019, the undersigned screened the complaint and dismissed it with leave to amend. ECF No. 7. Plaintiff was given thirty days to file an amended complaint and cautioned that failure to do so would result in a dismissal of this action. Id. at 7-8. Thirty days have now passed, and plaintiff has not filed an amended complaint or otherwise responded to the order. Plaintiff shall be given one more opportunity to amend the complaint. Failure to file an amended complaint will result in a recommendation that this action be dismissed without further warning.

Accordingly, IT IS HEREBY ORDERED that plaintiff shall have twenty-one days from the service of this order to file an amended complaint.

DATED: August 13, 2019

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE