UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN VINCENT FORD,<br><br>    Plaintiff,<br><br>    v.<br><br>J. LEWIS, et al.,<br><br>    Defendants. | No. 2:17-cv-0130 WBS AC P<br><br>FINDINGS & RECOMMENDATIONS |

By order filed June 26, 2019, plaintiff's complaint was dismissed and he was given thirty days to file an amended complaint. ECF No. 7. After plaintiff failed to file an amended complaint or otherwise responded to the court's order, he was given an additional twenty-one days to file an amended complaint and warned that failure to do so would result in a recommendation that the action be dismissed without further warning. ECF No. 10. That time has now passed and plaintiff has once again failed to file an amended complaint or otherwise respond to the order.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See L.R. 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections

1

with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: September 23, 2019

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE